IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIAM BEDFORD, Individually and
as Co-Executor of the Estate of BEVERLY
BEDFORD, deceased; and KIM WADDLE,
as Co-Executor of the Estate of Beverly
Bedford, Deceased                                                    PLAINTIFFS

v.                                      CIVIL ACTION NO. 1:18-cv-00175-GHD-DAS

AMERICAN HONDA MOTOR CO., INC.
and JOHN DOE DEFENDANTS 1-500; et al.                                DEFENDANTS

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) The Defendant American Honda Motor Company's motion for summary judgment [Doc. No. 41] is GRANTED;

(2) the Defendant's motion to exclude testimony [43] and motion to strike report [46] are MOOT;

(3) the Plaintiffs' claims are DISMISSED WITH PREJUDICE; and

(4) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 18 day of February, 2020.

_____
SENIOR U.S. DISTRICT JUDGE